# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

MUYAD MAHMOUD HAMADNEH, et al.　　§
§
§
v.　　　　　　　　　　　　　　　　　　§　　CIVIL ACTION NO. 3:26-CV-0202-S-BW
§
MARCO RUBIO, Secretary of State, et al.　§

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Accordingly, Defendants' motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1) (ECF No. 7) is **GRANTED**, and Plaintiffs' mandamus action is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

**SO ORDERED.**

SIGNED July 24, 2026.

_____
**UNITED STATES DISTRICT JUDGE**